NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TODD E. GATES,                          )
                                        )
            Appellant,                  )
                                        )
v.                                      )        Case No. 2D17-1375
                                        )
GULF EAGLE, LLC, a Delaware             )
Limited Liability Company,              )
                                        )
            Appellee.                   )
_____     )

Opinion filed February 16, 2018.

Appeal from the Circuit Court for Collier
County; Lauren L. Brodie, Judge.

Jon D. Parrish, and Jonathan M. Weirich,
of Parrish, White & Yarnell, P.A., Naples,
for Appellant.

Christopher D. Donovan of Roetzel &
Andress, LPA, Naples, for Appellee.


PER CURIAM.


            Affirmed.


SILBERMAN, BLACK, and BADALAMENTI, JJ., Concur.